FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

07 SEP 19 PM 4:49

OFFICE OF THE CLERK

W____ S ____ NP ____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CHRISTOPHER REEVES,<br>  a/k/a Benjamin Manley<br><br>                Defendant. | 8:07CR319<br><br>**INDICTMENT**<br><br>18 U.S.C. § 111(a)(1) and (b)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)(1)(A)(iii)<br>18 U.S.C. § 924(d) |

The Grand Jury charges:

## COUNT I

On or about the 24th day of August, 2007, in the District of Nebraska, the defendant, CHRISTOPHER REEVES, a/k/a Benjamin Manley, knowingly used a deadly or dangerous weapon, to wit: a .38 caliber Iver Johnson handgun, to forcibly assault, resist, oppose, impede, intimidate and interfere with a federal law enforcement officer while he was engaged in his official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and (b).

## COUNT II

On or about the 24th day of August, 2007, in the District of Nebraska, the defendant, CHRISTOPHER REEVES, a/k/a Benjamin Manley, did knowingly possess and receive a firearm, to wit: a Iver Johnson .38 caliber handgun, which had been shipped and transported in interstate commerce having previously been convicted of crime, to wit: receipt of stolen property punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT III

On or about the 24th day of August, 2007, in the District of Nebraska, CHRISTOPHER REEVES, a/k/a Benjamin Manley, during and in relation to a crime of violence for which he may be prosecuted in a Court of the United States, did use, and discharge, a firearm in that during the commission of the offense alleged in Count I of this Indictment, CHRISTOPHER REEVES, a/k/a Benjamin Manley did discharge a .38 caliber Iver Johnson handgun.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT IV

1. The allegations contained in Counts I, II and III of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) set forth in Count I of this Indictment the defendant, CHRISTOPHER REEVES, a/k/a Benjamin Manley, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved or used in the knowing or willful commission of the offense, including, but not limited to a Iver Johnson .38 caliber handgun.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §924(d) and § 2461(c).

A TRUE BILL

███████████████
FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

FREDERICK D. FRANKLIN
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
07 SEP 19 PM 4:48
OFFICE OF THE CLERK